| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JOSEPH COLONE, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:16-CV-113 |
| § | |
| MITCH WOODS, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff, Joseph Colone, a former pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's claims for injunctive relief, denial of grievances, confiscation of property without due process of law, and harassment be dismissed as frivolous and for failure to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on July 31, 2017 (docket entry no. 27). Although plaintiff amended his complaint on September 14, 2017 (docket entry no. 30), this was in response to the Magistrate Judge's order to replead filed July 25, 2017, concerning other claims (docket entry no. 26). A review of the amended complaint reveals no substantive objections to the Report and Recommendation filed July 31, 2017.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.**

**So ORDERED and SIGNED this 19th day of September, 2017.**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE